
-PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Jonathan Woods**　　　　　　　　　　　　　　　　Docket No. 19-20008

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Demetrius Hardy, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Jonathan Woods</u> who was placed under pretrial release supervision by <u>United States Magistrate Judge Mona K. Majzoub</u> sitting in the court at <u>the Eastern District of Michigan, Detroit</u>, on, <u>March 8, 2019</u> under the following conditions:

1) Report to Pretrial Services as directed
2) Continue or actively seek employment
3) Agree not to apply for or enter into any loan or other credit transaction without previous written permission of Pretrial Services Office or supervising officer
4) Travel is restricted to the State of Michigan unless previous consent from the Pretrial Services Office, supervising officer or the Court is received
5) Get medical or psychiatric treatment
6) Do not possess a firearm, destructive device or other dangerous weapons
7) Do not use alcohol, at all
8) Do not use or unlawfully possess a narcotic drug or other controlled substance, unless prescribed by a licensed medical practitioner
9) Submit to any testing required by the Pretrial Services Office or supervising officer to determine whether the defendant is using prohibited substances
10) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if advised by Pretrial Services or the supervising officer
11) Participate in the Location Monitoring Program, with the curfew and technology as directed by the Pretrial Services Office or supervising officer
12) Pay all or part of the cost of the Location Monitoring Program based on your ability to pay as the Pretrial Services Officer or supervising officer determines
13) Do not possess any credit cards, personally identifiable information or documents of any person other than your own
14) Reside at the bond address and do not move without prior consent from Pretrial Services
15) Clear all outstanding warrants within 30 days


FILED
DEC - 5 2019
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**Respectfully presenting petition for action of court and for cause as follows:**
(if short insert here; if lengthy write on separate and attach)

1) On November 4, 2019, the defendant tested positive for marijuana. The court has been previously notified of all other positive drug screens since his release on bond.

2) Although he is authorized to participate in twice per month monthly mental health therapy sessions, Pretrial Services has received notice that he has missed sessions with the therapist, as well as appointments with the psychiatrist. The defendant missed May 6, 2019, July 27, 2019, September 7, 2019, and October 26, 2019 with the psychiatrist. The defendant also missed therapy sessions for the month of October 2019 and November 21, 2019.

AUSA Shane Cralle and Natasha D. Webster of the Federal Defender Office has been notified of Pretrial Services request for a Bond Hearing.

PRAYING THAT THE COURT WILL SCHEDULE BOND HEARING ON __12/11__, 2019 AT __9:30__ (AM)/PM IN COURTROOM __Ann Arbor, MI__.

ORDER OF COURT

Considered and ordered this __5th__ day of __December__, 2019 and ordered filed and made a part of the records in the above case.

_____
Judith E. Levy
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

_____
Demetrius Hardy
U.S. Pretrial Services Officer

Place: Detroit, Michigan
Date: November 22, 2019