| PROB 12B<br>(Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION | | **U. S. Probation Office**<br>Eastern District of Michigan<br>(Rev. 10/99) | **PACTS**<br>6043203 | **DATE**<br>08/25/2020 |
|---|---|---|---|---|---|
| **NAME**<br>WOODS, Jonathan | **OFFICER**<br>Sarah A. Reinkensmeyer | | **JUDGE**<br>Judith E. Levy | **DOCKET #**<br>19-CR-20008-01 | |

| **ORIGINAL SENTENCE DATE**<br>01/10/2020<br><br>**COMMENCED**<br>01/10/2020<br><br>**EXPIRATION**<br>01/09/2023 | **SUPERVISION TYPE**<br>Probation | **CRIMINAL HISTORY CATEGORY**<br>II | **TOTAL OFFENSE LEVEL**<br>16 | **PHOTO** |
|---|---|---|---|---|

**REPORT PURPOSE**

**REQUEST TO MODIFY CONDITIONS**

**RECOMMENDATION**

**MODIFICATION**

**ORIGINAL OFFENSE**
Counts 1-4: 18 U.S.C. § 1343- Wire Fraud
Count 5: 18 U.S.C. § 1029(a)(3)- Possession of Fifteen or More Unauthorized Access Devices

**SENTENCE DISPOSITION**
Probation for a term of 36 months.

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a substance abuse treatment program and follow the rules and regulations of that program, which may include testing. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.); if necessary.
2. You must submit to substance abuse testing to determine if you have used a prohibited substance.
3. You must submit to a psychological/psychiatric evaluation as directed by the probation office; if necessary.
4. You must take all mental health medications that are prescribed by your treating physician.
5. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
6. You must participate in an educational services program and follow the rules and regulations of that program. Such programs may include high school equivalency preparation, English as a Second Language classes, and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use.
7. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.
8. You must complete 200 hours of community service within 36 months. The probation officer will supervise your participation in the program by approving the program (agency, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 6043203 | DATE 08/25/2020 |
|---|---|---|---|---|
| NAME WOODS, Jonathan | OFFICER Sarah A. Reinkensmeyer | JUDGE Judith E. Levy | DOCKET # 19-CR-20008-01 | |

9. You must not promote or discuss credit card fraud or illegal activity on social media.

Criminal Monetary Penalty: Special Assessment $500.00 (paid).

## PETITIONING THE COURT

To modify the condition(s) of probation as follows:

REMOVE:

"YOU MUST COMPLETE 200 HOURS OF COMMUNITY SERVICE WITHIN 36 MONTHS. THE PROBATION OFFICER WILL SUPERVISE YOUR PARTICIPATION IN THE PROGRAM BY APPROVING THE PROGRAM (AGENCY, FREQUENCY OF PARTICIPATION, ETC.). YOU MUST PROVIDE WRITTEN VERIFICATION OF COMPLETED HOURS TO THE PROBATION OFFICER."

## CAUSE

On January 10, 2020, WOODS was sentenced to a 36-month term of probation. On July 10, 2020, a relocation request was submitted to the Northern District of Ohio as WOODS was requesting to reside with his girlfriend. On August 11, 2020, the transfer was approved pending the above modification.

On April 3, 2020, WOODS was in a car accident that left him as a double amputee. Due to his physical limitations, it is respectfully requested that the community service condition be removed. Based on this modification being favorable to WOODS, a PROB 49 waiver is not required.

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on August 25, 2020, revealed no new criminal activity.

If your Honor agrees with this recommendation, please indicate below and return this correspondence to the probation department. If your Honor does not agree, please indicate below and direct the probation department as to how the Court wishes to proceed.

| PROB 12B<br>(Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION | **U. S. Probation Office**<br>Eastern District of Michigan<br>(Rev. 10/99) | PACTS<br>6043203 | DATE<br>08/25/2020 |
|---|---|---|---|---|
| NAME<br>WOODS, Jonathan | OFFICER<br>Sarah A. Reinkensmeyer | JUDGE<br>Judith E. Levy | DOCKET #<br>19-CR-20008-01 | |

Should your Honor have any questions or concerns, this writer may be reached at the number below.

| SENIOR PROBATION OFFICER<br>s/Sarah A. Reinkensmeyer/mt<br>313-234-5443 | DISTRIBUTION<br>Court |
|---|---|
| SUPERVISING PROBATION OFFICER<br>s/Russell W. LaForet<br>313-234-5269 | PROBATION ROUTING<br>Data Entry |

**THE COURT ORDERS:**

[X] Modification as Noted Above

[ ] Other

s/Judith E. Levy
United States District Judge

8/26/2020
Date